UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NIVALIS ENERGY
SYSTEMS, LLC, *et al.*,

    Plaintiffs,

v.

Case No. 25-cv-10058
Hon. Matthew F. Leitman

LG ENERGY SOLUTION, LTD.,

    Defendant.
_____/

## ORDER DIRECTING PARTIES TO FILE UNIFIED CHRONOLOGY OF EVENTS

Now pending before the Court is Defendant LG Energy Solution, Ltd.'s motion to compel arbitration. (*See* Mot., ECF No. 12.) The Court has set a hearing on the motion for November 17, 2025. (*See* Notice of Hearing, ECF No. 15.)

As described in the parties' briefs, resolution of the motion depends, in part, on the Court's review of several different documents and communications between the parties. In order to facilitate that review, the Court believes that it would benefit from the parties' joint submission of a single, unified chronology of events. The chronology shall be in the form of a chart that identifies, in date order, the documents and communications/events that the parties believe are relevant to resolving the motion. The chronology should include, as exhibits, each of the documents referenced in the chart. The chart entries shall not contain argument. The Court

1

simply wants a chronological list of every document and event or communication that the parties believe the Court should consider when deciding the pending motion, and for each document, what provision (or, absence of provision) the Court should focus its attention on.

The chronology shall follow the format below (which includes sample entries that <u>do not</u> correspond to the facts of this case, but are included only as examples):

| **DATE** | **DOCUMENT/EVENT** | **ASPECT OF DOCUMENT/COMMUNICATION COURT SHOULD REVIEW** |
|---|---|---|
| January 1, 2020 | Initial meeting in person to discuss commercial relationship<br>• Designated by Defendant | • Discussion of arbitration |
| January 10, 2020 | Letter of Commitment (attached as Ex. 1)<br>• Designated by Plaintiffs | • Absence of arbitration agreement |
| January 15, 2020 | Draft Supply Agreement (attached as Ex. 2)<br>• Designated by all parties | • Defendant directs the Court to Arbitration agreement at § 7.2<br>• Plaintiffs direct the Court to Arbitration Agreement at § 7.3 |

The parties shall work together to complete the chronology chart as follows. As the moving party, LG Energy shall take the lead on creating the chart and assembling the documents listed in the chart. By no later than **12:00 p.m. on**

2

**Monday, November 10, 2025**, LG Energy shall send a Microsoft Word version of the chart, with its entries, to Plaintiffs. By no later than **12:00 p.m. on Wednesday, November 12, 2025**, Plaintiffs shall send back to LG Energy (1) an updated chart in Microsoft Word format with any entries that Plaintiffs wish to add and (2) any documents that Plaintiffs wish to include as exhibits to the chronology chart. If the parties wish to designate the same document or communication but wish the Court to focus on different aspects of the document or communication, the third column on the chart may contain separate entries from each party. The parties shall not edit each other's proposed entries on the chart (which, again, shall not contain argument).

Finally, by no later than **12:00 p.m. on Thursday, November 13, 2025**, LG Energy shall file on the docket the single, unified chronology chart that the parties have created with all of the documents referenced in the chart attached as separate exhibits.

    **IT IS SO ORDERED**.

                                                               s/Matthew F. Leitman  
                                                               MATTHEW F. LEITMAN  
Dated: November 5, 2025             UNITED STATES DISTRICT JUDGE

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 5, 2025, by electronic means and/or ordinary mail.

                                                             s/Holly A. Ryan  
                                                             Case Manager  
                                                             (313) 234-5126